

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2016

No. 04-16-00082-CV

**URMAN, INC.**,
Appellant

v.

**CENVEO CORPORATION**,
Appellee/ Cross-Appellant

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVF001606D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellant Urman, Inc. seeks to appeal the trial court's December 10, 2015 "Final Judgment" in favor of defendant Cenveo Corporation. The clerk's record contains default judgments rendered against defendant Aclor International, Inc. and a nonsuit against defendant Unisource Worldwide, Inc. However, although the clerk's record contains motions for default judgment against defendants GWC Servisio SA de CV ("Servisio") and Honetech International, Inc. ("Honetech"), there are no orders disposing of all pending claims against Servisio or Honetech in the clerk's record.

Therefore, it appears, the December 10, 2015 "Final Judgment" may be interlocutory because it does not dispose of the claims against defendants Servisio and Honetech. An order or judgment is final when it disposes of all claims asserted by and against all parties. *Martinez v. Humble Sand & Gravel, Inc.*, 875 S.W.2d 311, 312 (Tex. 1994); *New York Underwriters Ins. Co. v. Sanchez*, 799 S.W.2d 677, 678-79 (Tex. 1990).

Because it appears this court may lack jurisdiction over this appeal, appellant is hereby ORDERED to show cause in writing, **no later than May 10, 2016**, why this appeal should not be dismissed. If there exist orders disposing of all claims against Servisio and Honetech, appellant is hereby ORDERED to cause a supplemental clerk's record containing such orders to be filed no later than **no later than May 10, 2016**.

All other appellate deadlines are suspended pending our determination of whether we have jurisdiction over this appeal.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2016.



Keith E. Hottle
Clerk of Court